10/20/10  $4.58
Receipt # 11090758

# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

October 19, 2010

Paul R. Warren, Clerk of Court
U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Philip M. Tanner
            aka Phil Tanner
            Bk. No. 07-04975B
            Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $4.58. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds.".

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant -    <u>Citibank South Dakota, NA</u>    Amount $4.58    Claims Register #6

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                                Very truly yours,

                                JOHN H. RING, III

JHR/pls
Enc.


